# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| GREGORY ARNOLD, | ) |
| Petitioner, | ) |
| v. | ) No. 2:24-cv-02724-SHL-cgc |
| ANTHONY ALEXANDER, | ) |
| Respondent. | ) |

## ORDER DIRECTING PETITIONER TO FILE AN IN FORMA PAUPERIS AFFIDAVIT AND TRUST FUND ACCOUNT STATEMENT OR PAY THE HABEAS CORPUS FILING FEE

On September 27, 2024, Petitioner Gregory Arnold, booking number 41240, an inmate at the Shelby County Division of Corrections in Memphis, Tennessee, filed a pro se petition under 28 U.S.C. § 2241. (ECF No. 2.) Petitioner failed to pay the $5.00 habeas filing fee required by 28 U.S.C. § 1914(a), and he did not apply to proceed in forma pauperis.

Thus, Petitioner is **ORDERED** to pay the $5.00 habeas corpus filing fee or submit a properly completed Application to Proceed in District Court Without Prepaying Fees or Costs (AO 240), demonstrating his indigency, with a certified copy of his trust fund account statement for the last six months by **June 9, 2025**.[1] The Clerk is **DIRECTED** to mail a copy of the prisoner Application to Proceed in District Court Without Prepaying Fees or Costs (AO 240) to Petitioner with this order.

Failure to comply with this order in a timely manner will result in dismissal of this action without further notice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

---

[1] Petitioner is advised that if his inmate trust account had a balance of at least $25.00 on the date this petition was filed, an application to proceed in forma pauperis will be denied.

**IT IS SO ORDERED** this 9th day of May, 2025.

                                        s/ Sheryl H. Lipman
                                        SHERYL H. LIPMAN
                                        CHIEF UNITED STATES DISTRICT JUDGE