IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| GREGORY ARNOLD,<br>    Petitioner,<br><br>v.<br><br>ANTHONY ALEXANDER,<br>    Respondent. | No. 2:24-cv-02724-SHL-cgc |

**ORDER DISMISSING § 2241 PETITION WITHOUT PREJUDICE
FOR FAILURE TO PROSECUTE**

On September 27, 2024, Petitioner Gregory Arnold, an inmate at the Shelby County Division of Corrections in Memphis, Tennessee, filed a pro se petition under 28 U.S.C. § 2241. (ECF No. 2.) Arnold failed to pay the $5.00 habeas filing fee required by 28 U.S.C. § 1914(a) or submit an application to proceed in forma pauperis with a certified copy of his inmate trust fund account statement.

On May 9, 2025, the Court ordered Arnold to either pay the filing fee or submit a properly completed in forma pauperis application and a certified copy of his trust fund account statement by June 9, 2025. (ECF No. 4 at PageID 12.) The Court warned Arnold that "[f]ailure to comply with this order in a timely manner will result in dismissal of this action without further notice for failure to prosecute under Federal Rule of Civil Procedure 41(b)." (Id.) The Clerk mailed a copy of the order to Arnold at his address of record, and it was returned to sender on June 2, 2025, with a notation that Arnold was released on March 26, 2025. (ECF No. 5 at PageID 19.)

Arnold has not notified the Court of a change of address. The most basic responsibility of a litigant is to keep the Court advised of his whereabouts. Arnold has failed to comply with the

Court's order, and he appears to have abandoned this action. Accordingly, the § 2241 petition is

**DISMISSED WITHOUT PREJUDICE** for failure to prosecute. See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** this 6th day of June, 2025.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE