# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| GREGORY ARNOLD, | ) |
|     Petitioner, | ) |
| v. | ) No. 2:24-cv-02724-SHL-cgc |
| ANTHONY ALEXANDER, | ) |
|     Respondent. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner's petition under 28 U.S.C. § 2241 (ECF No. 2), filed September 27, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with the Order Dismissing § 2241 Petition Without Prejudice for Failure to Prosecute (ECF No. 6), filed June 6, 2025, all of Petitioner's claims against Respondent are hereby **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

June 6, 2025
DATE